UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF ILLINOIS

FREDA HOWARD

*Plaintiff*,

Case No. 3:21-pq-01737-NJR

v.

SYNGENTA CROP PROTECTION LLC,
SYNGENTA AG, and CHEVRON U.S.A.,
INC.

*Defendants*.

## NOTICE OF VOLUNTARY DISMISSAL OF CHEVRON U.S.A., INC. WITHOUT PREJUDICE

NOW COMES Plaintiff Freda Howard, by and through her counsel of record, TorHoerman Law LLC, and moves this Court to voluntarily dismiss all claims and cross-claims against Chevron U.S.A., Inc, only, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and/or 41(a)(2).

1. FRCP 41(a)(1)(A)(ii) provides that Plaintiff can voluntarily dismiss an action by filing a "stipulation of dismissal signed by all the parties who have appeared."

2. FRCP 41 (a)(2) provides that "an action may be dismissed at the Plaintiff's request only by court order, on terms that the court considers proper."

3. Plaintiff has not previously obtained a voluntary dismissal in regard to the above Defendant.

4. Plaintiff Freda Howard was exposed to Paraquat from approximately 1990-1994. Pursuant to Stipulation Regarding Proper Parties [dkt. 478] and CMO 11 [dkt. 479] Chevron U.S.A., Inc. stopped distributing paraquat in 1986 and transferred all paraquat registrations held by Chevron to a non-Chevron entity at that time.

5. Plaintiff has not alleged exposure pre-1990.

6. The above Defendants have consented to the entry by the Court of all orders necessary and appropriate to effectuate the Stipulation Regarding Proper Parties [dkt. 478] and CMO 11 [dkt. 479]

7. WHEREFORE, Plaintiff Freda Howard prays that this Court dismiss her claim against Chevron U.S.A., Inc, only, without prejudice and without costs to any party.

Dated: January 10, 2022

Respectfully Submitted,

/s/ *Chad A. Finley*
**TORHOERMAN LAW LLC**
Chad A. Finley – IL Bar # 6308995
Steven D. Davis – IL Bar # 6281263
Kenneth Brennan – IL Bar # 6239037
Tor Hoerman – IL Bar # 6229439
210 South Main Street
Edwardsville, IL 62025
Phone: (618) 656-4400
E: cfinley@thlawyer.com
E: sdavis@thlawyer.com
E: kbrennan@thlawyer.com
E: tor@thlawyer.com
&
**PEIFFER WOLF CARR KANE & CONWAY, LLP**
Paul A. Lesko – IL Bar # 6288806
Brandon M. Wise – IL Bar # 6319580
1778 Caprice Court
O'Fallon, IL 62269
Phone: 314-833-4825
E: plesko@peifferwolf.com
E: bwise@peifferwolf.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 10, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all counsel of record.

/s/ *Chad A. Finley*
Chad A. Finley, Attorney
